UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIQUE SANDRA MARIE LAX,<br><br>                      Plaintiff,<br><br>-against-<br><br>DOC RIKER ISLAND ROSE M. SINGER CENTER AND STAFF; CITY OF NEW YORK; MANHATTAN POLICE DEPARTMENT; MID-HUDSON FORENSIC PSYCHIATRIC HOSPITAL; ATTORNEY MICHAEL TROY BALDWIN,<br><br>                      Defendants. | 23-CV-0622 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the June 12, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      SO ORDERED.

Dated:  June 12, 2023
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                           Chief United States District Judge